**.UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

JAMES LEE MICHAEL LUNDQUIST, Civil No. 01-293 (JRT/FLN)

Petitioner,

v. **ORDER**

STATE OF MINNESOTA,

Respondent.

---

James Lee Michael Lundquist, #195680, Minnesota Correctional Facility, 970 Pickett Street No., Bayport, MN 55003, *pro se*.

Darrell Charles Hill, Assistant Ramsey County Attorney, RAMSEY COUNTY ATTORNEY, 50 West Kellogg Blvd., Suite 315, St. Paul, MN 55102, for respondent.

On March 9, 2001, petitioner James Lee Michael Lundquist[1] filed an application for habeas corpus relief under 28 U.S.C. § 2254. On November 11, 2002, this Court adopted the Report and Recommendation of United States Magistrate Judge Franklin L. Noel, dismissing petitioner's application because his claims were procedurally defaulted. Petitioner now seeks a Motion for Certificate of Appealability pursuant to 28 U.S.C. § 2253, and requests appointment of counsel on appeal.

---

[1] Petitioner is also known as Iftikhar Isa Ahmad.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK Vcm

18

The Court first addresses petitioner's request for appointment of counsel on appeal. In its November 11, 2002 Order, the Court found that the interests of justice did not require the appointment of counsel to handle the habeas petition, and the Court denied petitioner's request. *See Lundquist v. State of Minnesota*, Civ. No. 01-293, 2002 WL 31520742 at **1-2 (D. Minn. Nov. 11, 2002). Petitioner's current request, however, is for counsel on appeal, and must therefore be determined by the Court of Appeals. *See* 18 U.S.C. § 3006A; Eighth Circuit Plan to Implement the Criminal Justice Act of 1964, §§ II(3), IV(2). Accordingly, petitioner's request for appointment of counsel must be denied as not properly before the Court.

In regard to petitioner's request for a Certificate of Appealability, the Court determines that petitioner has not made a "substantial showing of the denial of a constitutional right" as is required under 28 U.S.C. § 2253(c)(2). Moreover, the Court finds it unlikely that some other court would decide the issues raised in petitioner's motion differently.

Therefore, based on the foregoing, and all of the records, files and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's renewed request for appointment of counsel [Docket No. 17] is **DENIED.**

2. Petitioner's Motion for Certificate of Appealability [Docket No. 17] is **DENIED**.

DATED: January 9, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge